# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. SACV 15-01806-CJC(KESx)            Date: September 27, 2017

Title: <u>CINDY POCHING V. HOMETOWN NATIONAL BANK, N.A., *ET AL*.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER VACATING SCHEDULING ORDER AND ORDERING PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

       Plaintiff filed her Third Amended Complaint ("TAC") on August 16, 2016. (Dkt. 35.) Most recently, the Court approved Plaintiff and Defendant Hometown National Bank, N.A.'s ("Hometown") stipulation for dismissal with prejudice of claims and cross-claims between the parties. (Dkt. 42.) Other Defendants remain in the action, but none have been served with process or have appeared before the Court. (*See generally* docket entries.) The pretrial conference is currently set for Monday October 2, 2017, and the trial is set for Tuesday October 17, 2017. (Dkt. 31.)

       Over a year has passed since Plaintiff filed her TAC. It is inappropriate for Plaintiff to continue to keep this case open and pending while she decides whether or not to prosecute her claims against the remaining Defendants. Accordingly, the Court **VACATES** the pretrial conference and trial dates as well as any pending deadlines. Plaintiff is **ORDERED TO SHOW CAUSE WITHIN SEVEN DAYS** of this order why the case should not be dismissed for lack of prosecution concerning the remaining Defendants.

aa

MINUTES FORM 11
CIVIL-GEN                                                                 Initials of Deputy Clerk MKU